```
                   UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

SARAH J. SMITHSON,              )
                                )
        Plaintiff               )
                                )       No. 3:13-1439
 v.                             )       Judge Campbell/Brown
                                )       **Jury Demand**
DURATECH MEDICAL, INC., et al.  )
                                )
        Defendants              )

## **O R D E R**

The Magistrate Judge has noted that in preparing the case management order he made an error in Section VIII. The recommended target trial date should be February 9, 2016, not 2015.

Judge Campbell has already set the original recommended date in 2015 (Docket Entry 13). The Magistrate Judge, therefore, recommends that a new trial date be set in 2016.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge