UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SARAH J. SMITHSON, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> DURATECH MEDICAL, INC., *et al.*, ) <br> ) <br> Defendants ) | No. 3:13-1439 <br> Judge Campbell/Brown <br> **Jury Demand** |

### **O R D E R**

A telephone conference was held with the parties on August 18, 2014. They advised that they are a little behind on discovery and requested an additional 60 days for fact discovery. Counsels' request is **GRANTED**.

All fact discovery shall be completed on or before **December 1, 2014**. All discovery-related motions, if any, must be filed on or before **December 15, 2014**.

A telephone conference with Magistrate Judge Brown to discuss case progress and alternative dispute resolution is set for **December 9, 2014, at 2:00 p.m. To participate in the conference call, parties will call 877-873-8017 and enter Code 1958322# at the scheduled time.**

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge